# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ADMIRALTY POINT CONDOMINIUM
ASSOCIATION, INC.,

       Plaintiff,

-vs-              Case No.  2:09-cv-581-FtM-29SPC

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

       Defendant.
_____

## ORDER

   This matter comes before the Court on the Plaintiff, Admiralty Point Condominium Association, Inc. And the Defendant, American Bankers Insurance Company of Florida's Joint Motion for Enlargement of Time to Conduct Discovery and File Dispositive Motions (Doc. #27) filed on February 2, 2011.

   District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

   The Parties move to enlarge the discovery and dispositive motions deadlines.  As grounds, the Parties state that despite the counsels' best efforts and cooperation, they have been unable to collect and exchange all the relevant documentation and information and take the depositions of those individuals with knowledge of the facts relevant to this case.  The written discovery has been exchanged and the Plaintiff's Corporate Representative's 30(b)(6) deposition has been taken.  The

Court finds good cause to grant the requested relief and to extend the deadlines. However, because the requested deadline to file dispositive motions will be too close to the trial date the Court will also adjust the trial date as well.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Admiralty Point Condominium Association, Inc. And the Defendant, American Bankers Insurance Company of Florida's Joint Motion for Enlargement of Time to Conduct Discovery and File Dispositive Motions (Doc. #27) is **GRANTED**. The Case Management and Scheduling Order is modified as follows:

| | |
|---|---|
| Discovery Deadline | **March 28, 2011** |
| Mediation    Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **May 6, 2011** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **April 29, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **June 10, 2011** |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **June 24, 2011** |

| | |
|---|---|
| All Other Motions Including Motions *In Limine*, Trial Briefs | **June 24, 2011** |
| Final Pretrial Conference        Date:<br>Time:<br>Judge: | **July 25, 2011**<br>**9:00am**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **August 1, 2011** |
| Estimated Length of Trial | **3 Days** |
| Jury/Non Jury | **Non-Jury** |

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of February, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
        DCCD: Brenda Alexander